UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08477
   LISA ZACKERY
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-0226
```

--------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/09/07 and confirmed on 08/23/07.

   2.  The case was dismissed after confirmation, 11/20/2008.

   3.  The Debtor paid a total of $   2922.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 1653.89 | .00 | 484.40 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 4968.00 | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 905.30 | .00 | .00 |
| RMI/MCSI | UNSECURED | 90.00 | .00 | .00 |
| COMED | UNSECURED | 1791.65 | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 666.00 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1279.10 | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK PEERLESS FED | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 359.52 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 151.61 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1653.89 | .00 | 10211.18 | .00 | 11865.07 |
| PRINCIPAL PAID | 484.40 | .00 | .00 | .00 | 484.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 484.40 | .00 | .00 | .00 | 484.40 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP        , was allowed $   3500.00
and was paid $   1200.00  direct and $   2300.00  through the plan.

The Trustee received $      137.60 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE